**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

KENNETH MEDINA,

          Petitioner

          v.

HARRISBURG SCHOOL DISTRICT,

          Respondent

:  No. 175 MAL 2022
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the
:  Commonwealth Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of August, 2022, the Petition for Allowance of Appeal is **DENIED**.